■ In the Matter of DEAN VENEZIA, Appellant, v BARBARA DEBUONO, as Commissioner of Health, Respondent. [676 NYS2d 391] —Appeal from a judgment of the Supreme Court (Donohue, J.), entered August 1, 1997 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to compel respondent to take certain action pursuant to the Controlled Substances Therapeutic Research Act.

Judgment affirmed, upon the opinion of Justice Mary O. Donohue.

Mikoll, J. P., Mercure, Peters, Spain and Carpinello, JJ., concur. Ordered that the judgment is affirmed, without costs.